UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In Re: JAMES, EdwARd )  Case 03-66915
JAMES, JOAN ) Chapter 7
)
Debtor(s) ) Judge: RUSS KENDIG

## MINUTES OF MEETING OF CREDITORS

Date of 341 Meeting: FEB. 17, 2004    Time: 8:30 PM

Debtor(s) Attorney: Michael Russell

Examination Conducted by: Anne Piero Silagy, Trustee
  Interim Trustee: (✓)
  Elected Trustee: _____    (✓) Disputed? ( )
  Other: _____

**Results of Meeting:**

Held (✓)              Not Held ( )
Concluded (✓)         Debtor Failed to Appear ( )
Continued ( )         Attorney Failed to Appear ( )
  Date: _____   Rescheduled: Yes ( ) No ( )
  Time: _____     At 341 ( ) Prior to 341 ( )

                      Date: _____
                      Time: _____
Address: Changed to: _____

                      Motion to Dismiss to Follow ( )
Address Correct (✓)   Other: See Comments: ( )

                      707 (b) Review:
Case Determined to be:  Asset ( )        No Action Required (✓)
                        No-Asset (✓)     Recommend UST Action ( )
                        Undetermined ( ) (see below/letter to follow)

Creditors Present:
  Creditor          Representative       Address and Phone
  _____       none                 _____

Comments:
                                         _anne silagy_
                                         Panel Trustee