200406286
(memcinto)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CANTON

IN RE: :
: Case No. 03-66915
Edward James :
Joan N. James : Chapter 7
: Judge KENDIG
Debtors :
:
: ORDER FOR RELIEF FROM STAY
: AND ABANDONMENT (2799 State Street
: NW, Uniontown, Ohio 44685)

  This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by GE Capital Mortgage Services.
  Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.
  Based on this, it appears appropriate to grant the relief requested with respect to the property located at 2799 State Street NW, Uniontown, Ohio 44685.

IT IS THEREFORE ORDERED:
1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.
2. The Trustee is authorized and directed to abandon such Collateral.

ENTERED PURSUANT TO ADMINISTRATIVE ORDER
NO. 03-03: KENNETH J. HIRZ, CLERK

Date:_____

_____
UNITED STATES BANKRUPTCY JUDGE

SUBMITTED BY:

BY  /s/ Kim Peel
    Deputy Clerk

/s/ Joel K. Jensen, Case Attorney
Ohio Supreme Court Reg. #0029302
Attorney for Movant
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 241-3100 ext. 3349
(513) 241-4094 fax

MAY 21 2004

Copies to:

Edward James
718 Wendy Cr. NE
North Canton, Ohio 44720

Joan N. James
718 Wendy Cr. NE
North Canton, Ohio 44720

Michael S. Russell, Esq.
601 S. Main Street
North Canton, Ohio 44720

Anne Piero Silagy, Trustee
220 Market Avenue S., #300
Canton, OH 44702

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306-0335

National City
PO Box 856153
Louisville, KY 40285-6153

Office of the U.S. Trustee
BP America Building
200 Public Square
20th Floor, Suite 3300
Cleveland, Ohio 44114-2301

Joel K. Jensen, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480