200406286
(memcinto)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CANTON

IN RE:                                    :
                                          :   Case No. 03-66915
Edward James                              :
Joan N. James                                 Chapter 7
                                          :   Judge KENDIG

      Debtors                         :

                                          :   ORDER FOR RELIEF FROM STAY
                                              AND ABANDONMENT (2799 State Street
                                          :   NW, Uniontown, Ohio 44685)

    This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by GE Capital Mortgage Services.

    Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

    Based on this, it appears appropriate to grant the relief requested with respect to the property located at 2799 State Street NW, Uniontown, Ohio 44685.

IT IS THEREFORE ORDERED:
1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.
2. The Trustee is authorized and directed to abandon such Collateral.

ENTERED PURSUANT TO ADMINISTRATIVE ORDER
NO. 03-03: KENNETH J. HIRZ, CLERK

Date:_____

_____
UNITED STATES BANKRUPTCY JUDGE

SUBMITTED BY:

BY  /s/ Kim Peel
_____
Deputy Clerk

/s/ Joel K. Jensen, Case Attorney
Ohio Supreme Court Reg. #0029302
Attorney for Movant
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 241-3100 ext. 3349
(513) 241-4094 fax

MAY 21 2004

Copies to:

Edward James
718 Wendy Cr. NE
North Canton, Ohio 44720

Joan N. James
718 Wendy Cr. NE
North Canton, Ohio 44720

Michael S. Russell, Esq.
601 S. Main Street
North Canton, Ohio 44720

Anne Piero Silagy, Trustee
220 Market Avenue S., #300
Canton, OH 44702

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306-0335

National City
PO Box 856153
Louisville, KY 40285-6153

Office of the U.S. Trustee
BP America Building
200 Public Square
20th Floor, Suite 3300
Cleveland, Ohio 44114-2301

Joel K. Jensen, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480

```
District/off: 0647-6        User: croth            Page 1 of 1              Date Rcvd: May 21, 2004
Case: 03-66915              Form ID: pdf853        Total Served: 12

The following entities were served by first class mail on May 23, 2004.
 db        +Edward James,    718 Wendy Cr NE,    North Canton, OH 44720-2034
 db        +Joan N. James,    718 Wendy Cr NE,    North Canton, OH 44720-2034
 aty       +Hilary B Bonial,    9441 LBJ Freeway,    #350,    Dallas, TX 75243-4599
 aty        Joel K Jensen,    8th Fl,    120 E 4th St,    PO Box 5480,    Cincinnati, OH  45201-5480
 aty       +Michael S Russell,    601 S Main St,    North Canton, OH 44720-3065
 tr        +Anne Piero Silagy, Esq,    220 Market Ave S,    #300,    Canton, OH 44702-2183
 cr        +Wells Fargo Home Mtg Inc,    c/o Brice Vander Linder&Wernick,    9441 LBJ Freeway, Suite 350,
             Dallas, TX 75243-4599
12800912    NATIONAL CITY,    PO BOX 856153,    Louisville, KY 40285-6153
12800911    NATIONAL CITY,    P.O. BOX 2349,    #KAI6FS,    Kalamazoo, MI 49003-2349
12800913    National City Bank,    2800 Whipple Ave NE,    Canton, OH 44707
12800918    WELLS FARGO HOME MORTGAGE,    PO BOX 10335,    Des Moines, IA 50306-0335
12800917    WELLS FARGO HOME MORTGAGE,    PO BOX 10491,    Des Moines, IA 50306-0491

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr         GE Capital Mortgage Services Inc.
                                                                                  TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2004**                    Signature:    *Joseph Speetjens*