Northern District Of Ohio
Frank T. Bow Federal Building
201 Cleveland Ave SW
Canton, OH 44702

**Case No. 03−66915−rk**

**In re:**

| | |
|---|---|
| Edward James | Joan N. James |
| 718 Wendy Cr NE | 718 Wendy Cr NE |
| North Canton, OH 44720 | North Canton, OH 44720 |

**Social Security No.:**

xxx−xx−3686                                              xxx−xx−0378

# FINAL DECREE

The Court, in reliance upon the certification of the United States Trustee, finds that the estate of the within debtor(s) has been:

☑ Fully Administered          ☐ Dismissed

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Anne Piero Silagy Esq is hereby discharged as Trustee of the estate of the above−named debtor and any bond required pursuant to 11 U.S.C. section 322 is cancelled.

☑ The Chapter 7 case of the above−named debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** September 23, 2004                    /s/ Russ Kendig
Form ohnb136                                         United States Bankruptcy Judge